MICHAEL S. DANKO (SBN 111359)
mdanko@dankolaw.com
CLAIRE Y. CHOO (SBN 252723)
cchoo@dankolaw.com
**DANKO MEREDITH**
333 Twin Dolphin Drive, Suite 145
Redwood Shores, CA 94065
Telephone: (650) 453-3600
Facsimile: (650) 394-8672

Attorneys for Plaintiff
DANKO MEREDITH

MELINDA HAAG (SBN 132612)
United States Attorney
ALEX G. TSE (SBN 152348)
Chief, Civil Division
JENNIFER S WANG (SBN 233155)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone: (415) 436-6967
Facsimile: (415) 436-6748
jennifer.s.wang@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DANKO MEREDITH, a professional corporation,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA AIR FORCE, and DOES ONE through FIFTY, inclusive,<br><br>Defendants. | Case No. C 14-04418-JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

    Subject to the approval of the Court, plaintiff Danko Meredith and defendant United States Air Force, by and through their respective counsel, hereby stipulate that the Initial Case Management Conference, currently set for January 16, 2015 at 11:00 a.m., be rescheduled for February 27, 2015 at 11:00 a.m.

1

     The parties seek this continuance because plaintiff filed a second amended complaint on December 10, 2014, and defendant's response is due on or before January 23, 2015. To permit the defendant time to respond to the second amended complaint prior to the Initial Case Management Conference, the parties respectfully request that the Initial Case Management Conference currently scheduled for January 16, 2015 be continued to February 27, 2015 at 11:00 a.m.

     IT IS SO STIPULATED.

Dated: December 17, 2014      **DANKO MEREDITH**

By:   /s/ Claire Y. Choo
MICHAEL S. DANKO
CLAIRE Y. CHOO
Attorneys for Plaintiff

Dated: December 17, 2014      **MELINDA HAAG**
United States Attorney

By: *(signature)*
JENNIFER S. WANG
Assistant United States Attorney

### [~~PROPOSED~~] ORDER

IT IS SO ORDERED.

Dated: December 30, 2014      *(signature)*
Hon. Jeffrey S. White
UNITED STATES DISTRICT JUDGE